No. 386, Misc. FRADY ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Henry Lincoln Johnson, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 411, Misc. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 469, Misc. CROWDER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 470, Misc. CHAPMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Abe F. Levy* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 486, Misc. SAYLOR *v.* UNITED STATES BOARD OF PAROLE ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar, David Rubin* and *Gerald P. Choppin* for respondents.

No. 515, Misc. TURNER *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 524, Misc. HERNANDEZ *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.